UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAVIER ESPARZA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN SOTO (Warden of CSP-LAC),<br><br>　　　　　Respondent. | No. LA CV 14-00577-VBF-JPR<br><br>**ORDER**<br><br>Adopting the Report & Recommendation:<br><br>Denying the Habeas Corpus Petition;<br><br>Directing Entry of Separate Judgment and Terminating the Case (JS-6) |

　　The Court has reviewed the petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2254; the respondent warden's answer memorandum and supporting documents (Doc 6); the United States Magistrate Judge's Report and Recommendation ("R&R"); and the applicable law. Finding no error of law, fact, or logic in the Magistrate Judge's well-reasoned Report and Recommendation, the Court will accept her factual findings and legal conclusions and implement her recommendation.

ORDER

　　The Report and Recommendation **[Doc #63] is ADOPTED.**

　　The 28 U.S.C. section 2254 petition for a writ of habeas corpus **[Doc # 1] and its supplement [Doc#49] are DENIED.**

Final judgment consistent with this order will be entered separately as required by Fed. R. Civ. P. 58(a).  *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).

The Court will rule on a certificate of appealability by separate order.

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6).**

IT IS SO ORDERED.

Dated:  November 20, 2020

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
Senior United States District Judge